IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILIP TURNER,
    Plaintiff,

    v.

JOSEPH F. MAZURKIEWICZ, et al.,
    Defendants.

CIVIL
CASE NO. 10-2159

## ORDER

AND NOW, this 18th day of January, 2011, upon consideration of the pleadings and the record herein, and after review of the unopposed Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Mr. Turner's Habeas Petition is **DENIED** and **DISMISSED WITHOUT AN EVIDENTIARY HEARING**.

There is no probable cause to issue a certificate of appealability.

It is so **ORDERED**.

BY THE COURT:

_____
C. DARNELL JONES, II, J.